IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:00CV58-1-MU

| | |
|---|---|
| ROSS A. BERRYMAN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| RANDY LEE, supt., ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the Court upon the Petitioner's Motion for Permission to Appeal In Forma Pauperis, filed March 5, 2008.

After receiving Petitioner's Motion for Permission to Appeal In Forma Pauperis, this Court ordered that Petitioner must submit a copy of his prison trust fund account for the last six months or pay the entire filing fee. On March 17, 2008, Petitioner filed a copy of the requested trust fund account statement. Upon reviewing the information contained in Petitioner's Trust Fund Account Statement, the Court concludes that Petitioner is unable to pay the filing fee for his appeal.

**IT IS, THEREFORE, ORDERED that** Petitioner's Motion for Permission to Appeal In Forma Pauperis is **GRANTED**.

Signed: March 24, 2008

Graham C. Mullen
United States District Judge